**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| In re: CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC. | § § § § | Case No. 17-40248-KKS |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Theresa M. Bender, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,915,799.00                Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $702,336.04    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $142,788.19

---

3) Total gross receipts of $    845,124.23    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $845,124.23 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,217,277.97 | $5,309,620.96 | $688,639.04 | $688,639.04 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 136,488.19 | 136,488.19 | 136,488.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 6,300.00 | 6,300.00 | 6,300.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 52,523.22 | 151,829.27 | 8,890.12 | 8,890.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 636,702.26 | 745,686.28 | 633,469.10 | 4,806.88 |
| **TOTAL DISBURSEMENTS** | $2,906,503.45 | $6,349,924.70 | $1,473,786.45 | $845,124.23 |

4) This case was originally filed under Chapter 11 on June 09, 2017 and it was converted to Chapter 7 on November 07, 2017. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2020            By: /s/Theresa M. Bender, Trustee
                                         Trustee, Bar No.: 0749486

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking/Operating Account at FMB | 1129-000 | 21,928.78 |
| Checking/ Payroll-Tax Account at fmb | 1129-000 | 174.89 |
| exeercise equipment/used. | 1129-000 | 5,050.00 |
| Misc office furniture. Valuation Method: N/A | 1129-000 | 125.00 |
| CAMP INDIAN SPRINGS | 1210-000 | 813,750.00 |
| BALANCE OF BP CLAIM | 1129-000 | 4,095.56 |
| **TOTAL GROSS RECEIPTS** | | **$845,124.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Wakulla County Tax Collector-AMENDED BY 32 | 4700-000 | N/A | 43,072.09 | 0.00 | 0.00 |
| 17 | *Cave Connections, Inc.-objection sustained | 4120-000 | N/A | 215,556.12 | 0.00 | 0.00 |
| 19S-2 | First Commerce Credit Union-AMENDED BY 23 | 4110-000 | N/A | 2,414,200.00 | 0.00 | 0.00 |
| 20 | Capital One CLTRL Assignee of FIG 2222, LLC | 4220-000 | N/A | 13,803.60 | 0.00 | 0.00 |
| 23S | First Commerce Credit Union | 4110-000 | 2,217,277.97 | 2,414,200.00 | 640,085.29 | 640,085.29 |
| 32S | Wakulla County Tax Collector | 4700-000 | N/A | 55,039.15 | 48,553.75 | 48,553.75 |
| 33 | City of Tallahassee Growth Mgmt | 4120-000 | N/A | 153,750.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | $2,217,277.97 | $5,309,620.96 | $688,639.04 | $688,639.04 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Theresa M. Bender, Trustee | 2100-000 | N/A | 45,506.21 | 45,506.21 | 45,506.21 |
| Trustee Expenses - Theresa M. Bender, Trustee | 2200-000 | N/A | 1,142.72 | 1,142.72 | 1,142.72 |
| Attorney for Trustee Fees (Trustee Firm) - THERESA M. BENDER, P.A. | 3110-000 | N/A | 16,135.00 | 16,135.00 | 16,135.00 |
| Other - THOMSON BROCK LUGER & CO | 3410-000 | N/A | 7,335.00 | 7,335.00 | 7,335.00 |
| Other - THOMSON BROCK LUGER & CO | 3420-000 | N/A | 623.60 | 623.60 | 623.60 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 2,975.94 | 2,975.94 | 2,975.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.89 | 15.89 | 15.89 |
| Other - JUNK KING | 2420-000 | N/A | 498.00 | 498.00 | 498.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.54 | 30.54 | 30.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.10 | 34.10 | 34.10 |
| Auctioneer for Trustee Fees (including buyers premiums) - CENTURION SERVICE | 3610-000 | N/A | 517.50 | 517.50 | 517.50 |
| Auctioneer for Trustee Expenses - CENTURION SERVICE GROUP, LLC | 3620-000 | N/A | 753.86 | 753.86 | 753.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.04 | 34.04 | 34.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.52 | 36.52 | 36.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.25 | 35.25 | 35.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.58 | 80.58 | 80.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.47 | 125.47 | 125.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 138.25 | 138.25 | 138.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 133.73 | 133.73 | 133.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.92 | 68.92 | 68.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.16 | 81.16 | 81.16 |
| Other - SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | 2820-000 | N/A | 4,305.29 | 4,305.29 | 4,305.29 |
| Other - SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | 3510-000 | N/A | 40,687.50 | 40,687.50 | 40,687.50 |
| Other - SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | 2500-000 | N/A | 5,696.60 | 5,696.60 | 5,696.60 |
| Other - SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | 2500-000 | N/A | 27.00 | 27.00 | 27.00 |
| Other - SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | 2820-000 | N/A | 12,473.98 | 12,473.98 | 12,473.98 |
| Other - SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | 2500-000 | N/A | -3,079.41 | -3,079.41 | -3,079.41 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 74.95 | 74.95 | 74.95 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $136,488.19 | $136,488.19 | $136,488.19 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Sanders, Holloway & Ryan | 6410-000 | N/A | 2,700.00 | 2,700.00 | 2,700.00 |
| Sanders, Holloway & Ryan | 6410-000 | N/A | 3,600.00 | 3,600.00 | 3,600.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $6,300.00 | $6,300.00 | $6,300.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-4 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 6,201.27 | 6,201.27 | 6,201.27 |
| 15 | William Crawford-WITHDRAWN AS DUPLICATE OF #16 | 5600-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | *C&I Property Management, Inc.-objectin sustained | 5200-000 | N/A | 87,900.00 | 0.00 | 0.00 |
| 28P-2 | State of Florida - Department of Revenue | 5800-000 | N/A | 2,334.10 | 2,334.10 | 2,334.10 |
| 32P | Wakulla County Tax Collector | 5800-000 | N/A | 55,039.15 | 0.00 | 0.00 |
| 34 -3 | Elizabeth M. Bigham | 5600-000 | N/A | 354.75 | 354.75 | 354.75 |
| NOTFILED | Cheryll Olah | 5200-000 | 12,123.02 | N/A | N/A | 0.00 |
| NOTFILED | Cheryll Olah | 5200-000 | 40,400.20 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $52,523.22 | $151,829.27 | $8,890.12 | $8,890.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Leon County, Florida, a charter county, et al | 7100-000 | 238,852.49 | 238,852.49 | 238,852.49 | 1,855.44 |
| 2 | *Ken Franklin | 7100-000 | 8,000.00 | 7,952.05 | 7,952.05 | 61.77 |
| 3U-4 | INTERNAL REVENUE SERVICE | 7300-000 | N/A | 14,646.31 | 14,646.31 | 0.00 |
| 4 | Carroll and Company, CPAs | 7100-000 | 4,988.51 | 4,988.51 | 4,988.51 | 38.75 |
| 5 | AmTrust North America, Inc. on behalf of | 7100-000 | 410.92 | 3,916.00 | 3,916.00 | 30.42 |
| 6 | Cybex International, Inc. | 7100-000 | 5,031.10 | 5,031.10 | 5,031.10 | 39.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Marpan | 7100-000 | 829.26 | 893.66 | 893.66 | 6.94 |
| 9 | National Council of Young Men's Christian Associat | 7100-000 | 75,000.00 | 199,506.18 | 199,506.18 | 1,549.78 |
| 10 | ASSOCIATED SERVICES CLEANING AND RESTORATION | 7100-000 | 2,512.61 | 2,512.61 | 2,512.61 | 19.52 |
| 11 | Specialty Sportswear & Promotions, LLC | 7100-000 | 5,178.25 | 17,416.70 | 17,416.70 | 135.29 |
| 12 | AIG Property Casualty, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Leon County School Board | 7100-000 | 850.00 | 4,768.00 | 4,768.00 | 37.04 |
| 14 -2 | Direct Capital Corporation | 7100-000 | N/A | 31,123.34 | 31,123.34 | 241.77 |
| 18 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 4,983.58 | 4,983.58 | 38.71 |
| 19U-2 | First Commerce Credit Union-AMENDED BY 23 | 7100-000 | N/A | 52,178.03 | 0.00 | 0.00 |
| 21 | RT ELECTRIC LLC | 7100-000 | 933.00 | 933.00 | 933.00 | 7.25 |
| 22 | Sanders, Holloway & Ryan | 7100-000 | 13,450.00 | 11,000.00 | 11,000.00 | 85.45 |
| 23U | First Commerce Credit Union | 7100-000 | N/A | 52,178.03 | 52,178.03 | 405.32 |
| 24 | U.S. Bankruptcy Court - Brian Neely | 7100-001 | N/A | 551.78 | 551.78 | 4.29 |
| 25 | City of Tallahassee | 7100-000 | 43,500.00 | 13,304.72 | 13,304.72 | 103.35 |
| 26 | Verizon | 7100-000 | 2,410.58 | 1,371.98 | 1,371.98 | 10.66 |
| 27 | Verizon | 7100-000 | N/A | 914.06 | 914.06 | 7.10 |
| 28U-2 | State of Florida - Department of Revenue | 7300-000 | N/A | 25.00 | 25.00 | 0.00 |
| 29 | Camp Indian Springs, LLC-objection sustained | 7100-000 | N/A | 5,000.00 | 0.00 | 0.00 |
| 30 | Madigan Law Firm | 7100-000 | 1,100.00 | 1,600.00 | 1,600.00 | 12.43 |
| 31 | Tour Transport, LLC | 7100-000 | N/A | 15,000.00 | 15,000.00 | 116.52 |
| 32U | Wakulla County Tax Collector-PAID AT CLOSING | 7100-000 | N/A | 55,039.15 | 0.00 | 0.00 |
| NOTFILED | Greenberg Traurig | 7100-000 | 19,083.65 | N/A | N/A | 0.00 |
| NOTFILED | YMCA of the USA | 7100-000 | 6,278.46 | N/A | N/A | 0.00 |
| NOTFILED | Xerox Corporation | 7100-000 | 11,073.12 | N/A | N/A | 0.00 |
| NOTFILED | Wallace R. Purvis | 7100-000 | 9,022.00 | N/A | N/A | 0.00 |
| NOTFILED | Williams, Gautier, Gwynn | 7100-000 | 3,840.00 | N/A | N/A | 0.00 |
| NOTFILED | Giddens Air Conditioning | 7100-000 | 856.95 | N/A | N/A | 0.00 |
| NOTFILED | Gandy Printers | 7100-000 | 2,840.48 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital - 001 | 7100-000 | 858.95 | N/A | N/A | 0.00 |
| NOTFILED | Court Products, Inc. | 7100-000 | 133.98 | N/A | N/A | 0.00 |
| NOTFILED | Ceridan Benefit Services | 7100-000 | 660.90 | N/A | N/A | 0.00 |
| NOTFILED | Environ Services, Inc. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Erwin Jackson | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fitness Pro | 7100-000 | 3,399.63 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | First National Collection Bureau, Inc. | 7100-000 | 12,804.87 | N/A | N/A | 0.00 |
| NOTFILED | U S Premium Finance | 7100-000 | 6,643.95 | N/A | N/A | 0.00 |
| NOTFILED | Talquin Portable Restrooms | 7100-000 | 5,047.53 | N/A | N/A | 0.00 |
| NOTFILED | Link Floors, Inc. | 7100-000 | 612.68 | N/A | N/A | 0.00 |
| NOTFILED | Reinhart Foodservice | 7100-000 | 3,452.47 | N/A | N/A | 0.00 |
| NOTFILED | BMI | 7100-000 | 1,349.00 | N/A | N/A | 0.00 |
| NOTFILED | PSBI | 7100-000 | 33,372.10 | N/A | N/A | 0.00 |
| NOTFILED | Northland Manufacturing, Inc. | 7100-000 | 2,477.30 | N/A | N/A | 0.00 |
| NOTFILED | MUZAK-Florida | 7100-000 | 1,969.12 | N/A | N/A | 0.00 |
| NOTFILED | Keith McNeill Plumbing | 7100-000 | 699.09 | N/A | N/A | 0.00 |
| NOTFILED | Jahn T. Burnette | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | JB Designs | 7100-000 | 1,146.25 | N/A | N/A | 0.00 |
| NOTFILED | Hayden Dempsey | 7100-000 | 3,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Tallahassee Technology Group | 7100-000 | 1,670.18 | N/A | N/A | 0.00 |
| NOTFILED | Sports Awards | 7100-000 | 2,880.51 | N/A | N/A | 0.00 |
| NOTFILED | Southern Flooring and Design, Inc. | 7100-000 | 1,573.08 | N/A | N/A | 0.00 |
| NOTFILED | SESAC | 7100-000 | 364.00 | N/A | N/A | 0.00 |
| NOTFILED | Inspired Technologies, Inc. | 7100-000 | 1,262.50 | N/A | N/A | 0.00 |
| NOTFILED | Play It Again Sports | 7100-000 | 553.26 | N/A | N/A | 0.00 |
| NOTFILED | "On the Other Side" Lawn Care Service | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | Almega Sports, LLC | 7100-000 | 5,098.00 | N/A | N/A | 0.00 |
| NOTFILED | AirGas South | 7100-000 | 632.91 | N/A | N/A | 0.00 |
| NOTFILED | Apalachee Backhoe & Septic Tank | 7100-000 | 836.50 | N/A | N/A | 0.00 |
| NOTFILED | Awards for Anything | 7100-000 | 1,172.00 | N/A | N/A | 0.00 |
| NOTFILED | ASCAP | 7100-000 | 641.92 | N/A | N/A | 0.00 |
| NOTFILED | Benson Heating & A/C Inc. | 7100-000 | 795.00 | N/A | N/A | 0.00 |
| NOTFILED | Awards USA | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Ad Trophy | 7100-000 | 1,477.20 | N/A | N/A | 0.00 |
| NOTFILED | Aaron Boyette | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Tree Marketing Corp | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $636,702.26 | $745,686.28 | $633,469.10 | $4,806.88 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40248-KKS  
**Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.  
**Period Ending:** 10/17/20

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 11/07/17 (c)  
**§341(a) Meeting Date:** 12/04/17  
**Claims Bar Date:** 02/14/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  2001 Apalachee Pkwy [5 +- acres] Tallahassee, FL  Imported from original petition Doc# 18 | 3,900,000.00 | 1,639,222.03 | | 0.00 | FA |
| 2  Cash on hand  Imported from original petition Doc# 18 | 40.00 | 40.00 | | 0.00 | FA |
| 3  Checking/Operating Account at FMB  Imported from original petition Doc# 18 | 5,000.00 | 5,000.00 | | 21,928.78 | FA |
| 4  Checking/ Payroll-Tax Account at fmb  Imported from original petition Doc# 18 | 100.00 | 100.00 | | 174.89 | FA |
| 5  Include all interests in executory contracts and  Imported from original petition Doc# 18 | 0.00 | 0.00 | | 0.00 | FA |
| 6  A/R 90 days old or less. Face amount = $16,559.0  Imported from original petition Doc# 18 | 9,059.00 | 9,059.00 | | 0.00 | FA |
| 7  A/R Over 90 days old. Face amount = $55,255.00.  Imported from original petition Doc# 18 | 0.00 | 0.00 | | 0.00 | FA |
| 8  ENTERED IN ERROR  Imported from original petition Doc# 18 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Include all interests in executory contracts and  Imported from original petition Doc# 18 | 0.00 | 0.00 | | 0.00 | FA |
| 10  exeercise equipment/used.  Imported from original petition Doc# 18 | 18,000.00 | 18,000.00 | | 5,050.00 | FA |
| 11  bssket ball, racquet ball and swimming misc equi  Imported from original petition Doc# 18 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 12  Misc office furniture. Valuation Method: N/A  Imported from original petition Doc# 18 | 1,500.00 | 1,500.00 | | 125.00 | FA |
| 13  misc computers , printers copiers, file cabinets  Imported from original petition Doc# 18 | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 14  Other inventory or supplies: Office and Janitori  Imported from original petition Doc# 18 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 15  CAMP INDIAN SPRINGS  (u)  FORMERLY COMBINED WITH ASSET 1. SPLIT AS SOLD INDIVIDUALLY. | 813,750.00 | 125,110.96 | | 813,750.00 | FA |
| 16  BALANCE OF BP CLAIM | 0.00 | 4,095.56 | | 4,095.56 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40248-KKS  
**Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.  
**Period Ending:** 10/17/20

**Trustee:** (290820) Theresa M. Bender, Trustee  
**Filed (f) or Converted (c):** 11/07/17 (c)  
**§341(a) Meeting Date:** 12/04/17  
**Claims Bar Date:** 02/14/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Imported from original petition Doc# 18 | | | | | |
| 17  VOID  Imported from original petition Doc# 18 | 0.00 | 0.00 | | 0.00 | FA |
| **17  Assets  Totals** (Excluding unknown values) | **$4,754,149.00** | **$1,808,827.55** | | **$845,124.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR

**Initial Projected Date Of Final Report (TFR):** June 30, 2019      **Current Projected Date Of Final Report (TFR):** April 9, 2020  (Actual)

_____
October 17, 2020
Date

/s/ Theresa M. Bender, Trustee
_____
Theresa M. Bender, Trustee

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-40248-KKS  
**Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.  
**Taxpayer ID #:** **-***8247  
**Period Ending:** 10/17/20  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $6,868,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/17 | {4} | CAPITAL REGION YMCA | PROCEEDS FROM CLOSED BANK ACCOUNT | 1129-000 | 174.89 | | 174.89 |
| 11/14/17 | {3} | CAPITAL REGION YMCA | PROCEEDS FROM CLOSED BANK ACCOUNT | 1129-000 | 21,928.78 | | 22,103.67 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.89 | 22,087.78 |
| 12/13/17 | 101 | JUNK KING | INVOICE PAID PER ORDER #142 | 2420-000 | | 498.00 | 21,589.78 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.54 | 21,559.24 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.10 | 21,525.14 |
| 02/06/18 | | CENTURION SERVICE GROUP, LLC | PAYMENT PURSUANT TO DOCKET NO. 143 | | 5,175.00 | | 26,700.14 |
| | {12} | | 125.00 | 1129-000 | | | 26,700.14 |
| | {10} | | 5,050.00 | 1129-000 | | | 26,700.14 |
| 02/19/18 | 102 | CENTURION SERVICE GROUP, LLC | PAYMENT OF AUCTION FEES AND EXPENSES PER DOC. 171 | | | 1,271.36 | 25,428.78 |
| | | | Auctioneer's Fees     517.50 | 3610-000 | | | 25,428.78 |
| | | | Auctioneer's Expenses     753.86 | 3620-000 | | | 25,428.78 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.04 | 25,394.74 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.52 | 25,358.22 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.25 | 25,322.97 |
| 05/17/18 | | SMITH THOMPSON SHAW MINACCI COLON & POWER, P.A. | PAYMENT PURSUANT TO DOCKET NO. 188 | | 65,000.00 | | 90,322.97 |
| | {15} | | CONTRACT PRICE     813,750.00 | 1210-000 | | | 90,322.97 |
| | | First Commerce Credit Union | PAYOFF TO COMMERCE CREDIT UNION     -640,085.29 | 4110-000 | | | 90,322.97 |
| | | Wakulla County Tax Collector | PAYOFF TO TAX COLLECTOR     -48,553.75 | 4700-000 | | | 90,322.97 |
| | | | COUNTY PRO RATED TAXES     -4,305.29 | 2820-000 | | | 90,322.97 |
| | | | REAL ESTATE COMMISSIONS     -40,687.50 | 3510-000 | | | 90,322.97 |
| | | | CLOSING COSTS     -5,696.60 | 2500-000 | | | 90,322.97 |
| | | | CLOSING COSTS     -27.00 | 2500-000 | | | 90,322.97 |
| | | | 2017 TAXES PAID     -12,473.98 | 2820-000 | | | 90,322.97 |
| | | | BUYER CONTRIBUTION TO TAX DEED PAYOFF     3,079.41 | 2500-000 | | | 90,322.97 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.58 | 90,242.39 |

Subtotals :     $92,278.67     $2,036.28

{} Asset reference(s)

Printed: 10/17/2020 10:47 AM     V.20.24

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-40248-KKS  
**Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.  
**Taxpayer ID #:** **-***8247  
**Period Ending:** 10/17/20  

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Mechanics Bank  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $6,868,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.47 | 90,116.92 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.25 | 89,978.67 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.73 | 89,844.94 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.92 | 89,776.02 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.16 | 89,694.86 |
| 08/07/19 | | Transition Transfer Debit | | 9999-000 | | 89,694.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 92,278.67 | 92,278.67 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 89,694.86 | |
| | | | Subtotal | | 92,278.67 | 2,583.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $92,278.67 | $2,583.81 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 17-40248-KKS
**Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.
**Taxpayer ID #:** **-***8247
**Period Ending:** 10/17/20

**Trustee:** Theresa M. Bender, Trustee (290820)
**Bank Name:** People's United Bank
**Account:** ********1589 - Checking Account
**Blanket Bond:** $6,868,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/19 | | Transfer from 0061 to 1589 | Transfer from 0061 to 1589 | 9999-000 | 89,694.86 | | 89,694.86 |
| 02/13/20 | {16} | HESI | BALANCE OF BP CLAIM-SENT HESI. APPROVED PRIOR TO BANKRUPTCY FILING | 1129-000 | 4,095.56 | | 93,790.42 |
| 03/18/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 93,790.42 | 0.00 |
| | | | ACCOUNT TOTALS | | 93,790.42 | 93,790.42 | $0.00 |
| | | | Less: Bank Transfers | | 89,694.86 | 93,790.42 | |
| | | | Subtotal | | 4,095.56 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,095.56 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 17-40248-KKS  
**Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.  
**Taxpayer ID #:** **-***8247  
**Period Ending:** 10/17/20

**Trustee:** Theresa M. Bender, Trustee (290820)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3740 - Checking Account  
**Blanket Bond:** $6,868,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 93,790.42 | | 93,790.42 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 74.95 | 93,715.47 |
| 05/21/20 | 20103 | THERESA M. BENDER, P.A. | Dividend paid 100.00% on $16,135.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 16,135.00 | 77,580.47 |
| 05/21/20 | 20104 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $2,975.94, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 2,975.94 | 74,604.53 |
| 05/21/20 | 20105 | Elizabeth M. Bigham | Dividend paid 100.00% on $354.75; Claim# 34-3; Filed: $354.75; Reference: | 5600-000 | | 354.75 | 74,249.78 |
| 05/21/20 | 20106 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $6,201.27; Claim# 3P-4; Filed: $6,201.27; Reference: | 5800-000 | | 6,201.27 | 68,048.51 |
| 05/21/20 | 20107 | State of Florida - Department of Revenue | Dividend paid 100.00% on $2,334.10; Claim# 28P-2; Filed: $2,334.10; Reference: | 5800-000 | | 2,334.10 | 65,714.41 |
| 05/21/20 | 20108 | Leon County, Florida, a charter county, et al | Dividend paid 0.77% on $238,852.49; Claim# 1; Filed: $238,852.49; Reference: Unk | 7100-000 | | 1,855.44 | 63,858.97 |
| 05/21/20 | 20109 | *Ken Franklin | Dividend paid 0.77% on $7,952.05; Claim# 2; Filed: $7,952.05; Reference: NA | 7100-000 | | 61.77 | 63,797.20 |
| 05/21/20 | 20110 | Carroll and Company, CPAs | Dividend paid 0.77% on $4,988.51; Claim# 4; Filed: $4,988.51; Reference: Various | 7100-000 | | 38.75 | 63,758.45 |
| 05/21/20 | 20111 | AmTrust North America, Inc. on behalf of | Dividend paid 0.77% on $3,916.00; Claim# 5; Filed: $3,916.00; Reference: 0916 | 7100-000 | | 30.42 | 63,728.03 |
| 05/21/20 | 20112 | Cybex International, Inc. | Dividend paid 0.77% on $5,031.10; Claim# 6; Filed: $5,031.10; Reference: 2444 | 7100-000 | | 39.08 | 63,688.95 |
| 05/21/20 | 20113 | Marpan | Dividend paid 0.77% on $893.66; Claim# 8; Filed: $893.66; Reference: Various | 7100-000 | | 6.94 | 63,682.01 |
| 05/21/20 | 20114 | National Council of Young Men's Christian Associat | Dividend paid 0.77% on $199,506.18; Claim# 9; Filed: $199,506.18; Reference: 2615 | 7100-000 | | 1,549.78 | 62,132.23 |
| 05/21/20 | 20115 | ASSOCIATED SERVICES CLEANING AND RESTORATION | Dividend paid 0.77% on $2,512.61; Claim# 10; Filed: $2,512.61; Reference: Various | 7100-000 | | 19.52 | 62,112.71 |
| 05/21/20 | 20116 | Specialty Sportswear & Promotions, LLC | Dividend paid 0.77% on $17,416.70; Claim# 11; Filed: $17,416.70; Reference: Various | 7100-000 | | 135.29 | 61,977.42 |
| 05/21/20 | 20117 | Leon County School Board | Dividend paid 0.77% on $4,768.00; Claim# 13; Filed: $4,768.00; Reference: 1401 | 7100-000 | | 37.04 | 61,940.38 |
| 05/21/20 | 20118 | Direct Capital Corporation | Dividend paid 0.77% on $31,123.34; Claim# 14-2; Filed: $31,123.34; Reference: | 7100-000 | | 241.77 | 61,698.61 |
| 05/21/20 | 20119 | LVNV Funding, LLC its successors and assigns as | Dividend paid 0.77% on $4,983.58; Claim# 18; Filed: $4,983.58; Reference: | 7100-000 | | 38.71 | 61,659.90 |
| 05/21/20 | 20120 | RT ELECTRIC LLC | Dividend paid 0.77% on $933.00; Claim# 21; Filed: $933.00; Reference: | 7100-000 | | 7.25 | 61,652.65 |
| | | | Subtotals : | | $93,790.42 | $32,137.77 | |

{} Asset reference(s)   Printed: 10/17/2020 10:47 AM   V.20.24

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 17-40248-KKS | **Trustee:** | Theresa M. Bender, Trustee (290820) |
| **Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| | **Account:** | ******3740 - Checking Account |
| **Taxpayer ID #:** **-***8247 | **Blanket Bond:** | $6,868,000.00  (per case limit) |
| **Period Ending:** 10/17/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/20 | 20121 | First Commerce Credit Union | Dividend paid  0.77% on $52,178.03; Claim# 23U; Filed: $52,178.03; Reference: Stopped on 09/16/20 | 7100-000 | | 405.32 | 61,247.33 |
| 05/21/20 | 20122 | City of Tallahassee | Dividend paid  0.77% on $13,304.72; Claim# 25; Filed: $13,304.72; Reference: 0027 | 7100-000 | | 103.35 | 61,143.98 |
| 05/21/20 | 20123 | Madigan Law Firm | Dividend paid  0.77% on $1,600.00; Claim# 30; Filed: $1,600.00; Reference: 3322 | 7100-000 | | 12.43 | 61,131.55 |
| 05/21/20 | 20124 | Tour Transport, LLC | Dividend paid  0.77% on $15,000.00; Claim# 31; Filed: $15,000.00; Reference: | 7100-000 | | 116.52 | 61,015.03 |
| 05/21/20 | 20125 | Theresa M. Bender, Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 46,648.93 | 14,366.10 |
| | | | Dividend paid 100.00%    45,506.21 on $45,506.21;  Claim# ; Filed: $45,506.21 | 2100-000 | | | 14,366.10 |
| | | | Dividend paid 100.00%    1,142.72 on $1,142.72;  Claim# ; Filed: $1,142.72 | 2200-000 | | | 14,366.10 |
| 05/21/20 | 20126 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 4.29 | 14,361.81 |
| 05/21/20 | 20127 | Sanders, Holloway & Ryan | Combined Check for Claims#22,0,0 | | | 6,385.45 | 7,976.36 |
| | | | Dividend paid  0.77% on    85.45 $11,000.00;  Claim# 22; Filed: $11,000.00; Reference: Various | 7100-000 | | | 7,976.36 |
| | | | Dividend paid 100.00%    2,700.00 on $2,700.00;  Claim# 0; Filed: $2,700.00 | 6410-000 | | | 7,976.36 |
| | | | Dividend paid 100.00%    3,600.00 on $3,600.00;  Claim# 0; Filed: $3,600.00 | 6410-000 | | | 7,976.36 |
| 05/21/20 | 20128 | THOMSON BROCK LUGER & CO | Combined Check for Claims#et_al. | | | 7,958.60 | 17.76 |
| | | | Dividend paid 100.00%    7,335.00 on $7,335.00;  Claim# ; Filed: $7,335.00 | 3410-000 | | | 17.76 |
| | | | Dividend paid 100.00%    623.60 on $623.60;  Claim# ; Filed: $623.60 | 3420-000 | | | 17.76 |
| 05/21/20 | 20129 | Verizon | Combined Check for Claims#26,27 | | | 17.76 | 0.00 |
| | | | Dividend paid  0.77% on    10.66 | 7100-000 | | | 0.00 |

Subtotals :          $0.00          $61,652.65

{} Asset reference(s)                                                                                 Printed: 10/17/2020 10:47 AM     V.20.24

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 17-40248-KKS | **Trustee:** Theresa M. Bender, Trustee (290820) |
| **Case Name:** CAPITAL REGION YOUNG MEN'S CHRISTIAN ASSOCIATION, INC. | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******3740 - Checking Account |
| **Taxpayer ID #:** **-***8247 | **Blanket Bond:** $6,868,000.00 (per case limit) |
| **Period Ending:** 10/17/20 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | $1,371.98; Claim# 26; Filed: $1,371.98; Reference: Various | | | | |
| | | | Dividend paid 0.77% on $914.06; Claim# 27; Filed: $914.06 | 7100-000 | | | 0.00 |
| 09/16/20 | 20121 | First Commerce Credit Union | Dividend paid 0.77% on $52,178.03; Claim# 23U; Filed: $52,178.03; Reference: Stopped: check issued on 05/21/20 | 7100-000 | | -405.32 | 405.32 |
| 09/16/20 | 20130 | First Commerce Credit Union | Dividend paid 0.77% on $52,178.03; Claim# 23U; Filed: $52,178.03; Reference: | 7100-000 | | 405.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 93,790.42 | 93,790.42 | $0.00 |
| | | | Less: Bank Transfers | | 93,790.42 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 93,790.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$93,790.42** | |

| | |
|---|---|
| Net Receipts : | 96,374.23 |
| Plus Gross Adjustments : | 748,750.00 |
| Net Estate : | $845,124.23 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3966 | 92,278.67 | 2,583.81 | 0.00 |
| Checking # ********1589 | 4,095.56 | 0.00 | 0.00 |
| Checking # ******3740 | 0.00 | 93,790.42 | 0.00 |
| | **$96,374.23** | **$96,374.23** | **$0.00** |

{} Asset reference(s)

Printed: 10/17/2020 10:47 AM   V.20.24